Robert Goldring 8951501998
R.N.D.C.
11-11 Hazen Street
East Elmhurst, N.Y. 11370

MATSUMOTO, September 22, 2016

Pro-se Clerk
United States District Court
Eastern District of New York   BLOOM, M.J.
225 Cadman Plaza East
Brookly, N.Y. 11201

CV 16 - 5651   FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
OCT - 3 2016 ★
BROOKLYN OFFICE

Dear, Clark;

    Please find inclosed, a complaint under the civil rights Act, 42 U.S.C 1983, with Exhibits, prisoner authorization, application to proceed without prepaying fees or costs.

Please be kindly advised, that my addres is subject to change, I will contact you if that hapens.

  I hope this information would be helpful, Thank you for your assistance and attention in this matter.

Resectfully Yours

*[signature]*
Robert Goldring 8951501998

MATSUMOTO, J.

BLOOM, M.J.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  03-1-1999

BROOKLYN OFFICE